**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN NAGEL, an individual and MELINDA NAGEL, an individual<br><br>    Plaintiffs,<br><br>    vs.<br><br>THOR MOTOR COACH, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:    2:23-cv-01638-DJC-AC<br>Judge:       Hon. Daniel J. Calabretta<br><br>**ORDER ON JOINT STIPULATION OF DEFENDANT'S MOTION TO TRANSFER VENUE TO INDIANA FEDERAL COURT**<br><br>Date Filed: June 21, 2023 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT – CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant's Joint Motion to Transfer Venue to Indiana Federal Court pursuant to 28 U.S.C. § 1404(a) was presented to the Court on February 14, 2024, the Honorable Daniel J. Calabretta presiding.

Upon review of the record and all briefing filed by all parties, the Court rules as follows:

///

IT IS HEREBY ORDERED THAT:

1.     This lawsuit was filed on June 21, 2023 in the Superior Court of the State of California, for the county of Shasta, Case Number 202526, and involves allegations that Defendant, THOR MOTOR COACH, INC., breached its express and implied warranties, and failed to conform Plaintiffs', JOHN NAGEL and MELINDA NAGEL, motor home to its warranty within a reasonable time under California's Song Beverly Act. This matter was Removed to the United States District Court for the Eastern District of California on August 9, 2023.

2.     The Parties stipulate to transfer this lawsuit to the United States Federal Court for the Northern District of Indiana in South Bend, Indiana based on the provisions Defendant's express warranty that accompanied the sale of Plaintiffs' motor home, which provides that "[e]xclusive jurisdiction for deciding legal disputes relating to alleged breach of warranty or representations of any nature rest in the courts within the state of manufacture, which is Indiana[;]" and

3.     Pursuant to this Stipulation between the parties, the parties agree that following transfer California's substantive law, namely the Song-Beverly Consumer Warranty Act (California Civil Code §§ 1790, et seq.), shall continue to apply to all claims before the Court in Indiana.

IT IS SO ORDERED.

Dated:  February 14, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE